1436

**99–1267. State ex rel. Kilby v. Summit Cty. Bd. of Elections.**

In Mandamus. On motion to expedite.

*Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.